IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOCKET MOBILE, INC., <br><br> Defendant. | C.A. No. 12-1332-SLR <br><br> JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL OF SOCKET MOBILE, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC against Defendant Socket Mobile, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Richard C. Weinblatt* <br> Stamatios Stamoulis (#4606) <br> stamoulis@swdelaw.com <br> Richard C. Weinblatt (#5080) <br> weinblatt@swdelaw.com <br> STAMOULIS & WEINBLATT LLC <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> (302) 999-1540 <br><br> *Attorneys for Plaintiff* <br> *Telecomm Innovations, LLC* | */s/ Frederick L. Cottrell, III* <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com <br> Katharine Crawford Lester (#5629) <br> Lester@rlf.com <br> Richards, Layton & Finger, PA <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br><br> *Attorneys for Defendant* <br> *Socket Mobile, Inc.* |

Dated: April 9, 2013.

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
